**FILED**

MAR 1 9 2020



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

DATE: 3/6/20

Clerk of Courts

CASE NO._____

Please send me the number of documents and the fee for coping my complete court case file, including: [Circled Items Only]

(1.) The Docketing Sheet
2. Indictment (s)
3. Pre-trial motions and briefs in support of or against said motions
4. Plea bargain agreement (s) and any filed correspondence in regards thereto
5. Defense or prosecution sentencing memorandums
6. Any post-conviction relief action, such as rule 32 or 35 motions
7. Any other filled correspondence of documents concerning my case

Additionally, I desire a copy of the pleas and sentencing hearing transcripts. Accordingly, please provide me with the name and address of the court reporter who was present during these hearing, so that I may contact him or her to order the transcripts.

Thank you for your time and assistance to this request.

Sincerely,

Orran Newborn

_____

_____

_____

Quren Mewborn (65728056)
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

RECEIVED

MAR 1 9 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

⇔65728-056⇔
Federal Courthouse
310 NEW BERN AVE
Raleigh, NC 27601
United States