

Phone (919) 645-1700
Fax (919) 645-1750

# United States District Court
## Office of the Clerk
### PO Box 25670
### Raleigh, NC 27611

Peter A Moore, Jr.,
Clerk of Court

March 19, 2020

Quren Shaikeem Mewborn - 65728-056
FCI Cumberland
Federal Correctional Institution
PO Box 1000
Cumberland, MD 21501-1000

**RE: USA v. Koonce, et al. 4:18-CR-78-BO-5**

Dear Mr. Mewborn:

The court is in receipt of your recent letter in the above-referenced matter.

The docket sheet you are requesting is six pages long (6 pgs.) and comes to a total of $3.00, based on the Judicial Conference rate of $0.50/page. Please make your check or money order in the amount of $3.00, made payable to **Clerk, U. S. District Court** and mail it to the address below:

Attention: Copy Request System
United States Clerk's Office
P.O. Box 25670
Raleigh, NC 27611

**Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

If this office can be of further assistance to you, please do not hesitate to contact us.

Sincerely yours,

Peter A. Moore, Jr., Clerk

Case Administrator